```
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

```
RICHARD D. JUMPER, JR.,           )
                                  )
            Plaintiff,            )
                                  )
    v.                            )    1:24-cv-227
                                  )
TODD ISHEE, PETER BUCHHOLTZ,      )
KENO WHITE, MR. BULLARD,          )
MR. PARSON, MR. LOCKLEAR          )
LOCKLEAR, and PERT OFFICERS,      )
                                  )
            Defendants.           )
```

## ORDER

This matter is before the court for review of the Order and Recommendation ("Recommendation") filed on March 21, 2024, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 3.) The Recommendation was served on Plaintiff on March 21, 2024. (Doc. 4.) Plaintiff timely filed objections to the Recommendation, and a supplemental filing. (Docs. 5, 6.)

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge . . . or recommit the matter to the [M]agistrate [J]udge with instructions." Id.

The court has appropriately reviewed the Recommendation and Plaintiff's objections and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Magistrate Judge's Recommendation

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 8th day of July, 2024.

                                         /s/ William L. Osteen, Jr.
                                         United States District Judge

-2-

Case 1:24-cv-00227-WO-JLW   Document 7   Filed 07/08/24   Page 2 of 2